which commits a defendant to a particular state institution rather than to the Louisiana Department of Corrections would be illegal. A sentence must commit to that department under R.S. 15:824. That law should be followed.

269 So.2d 248

**W. B. STEWART**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52997.

Dec. 5, 1972.

Application is denied; the sentence is not illegal; the reference to Angola (if in fact there were such reference) is mere surplusage and R.S. 15:824 places applicant in custody of the La. Dept. of Corrections.

BARHAM, J., concurs. The showing here does not warrant a finding of an illegal sentence. However, I am of the opinion that upon a proper showing, a sentence

269 So.2d 248

**Grace Agnes CORNISH et al.**

v.

**KINDER CANAL COMPANY et al.**

No. 53000.

Dec. 5, 1972.

Not considered. Not timely filed.